FILED
2014 Jun-20 AM 09:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| SAMEER GANDHI, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:14-cv-1142-LSC-TMP |
| ERIC HOLDER, *et al.*, | ) |
| Respondents. | ) |

ORDER TO SHOW CAUSE

Petitioner, Sameer Gandhi, is presently confined in the Etowah County Detention Center in Gadsden, Alabama, awaiting deportation to his native country of India. Petitioner has submitted to this Court a petition for *habeas corpus* pursuant to 28 U.S.C. § 2241. Petitioner also has paid the required $5 filing fee.

It is hereby ORDERED that the respondent appear and show cause in writing within twenty (20) days from the date of this Order why the relief requested by petitioner should not be granted.

The Clerk is DIRECTED to serve a copy of this Order upon the petitioner and to serve a copy of this Order, together with a copy of the petition, upon the U.S. Attorney for the Northern District of Alabama.

DATED this 20th day of June, 2014.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE