IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| SAMEER GANDHI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:14-cv-1142-LSC-TMP |
| ) | |
| ERIC HOLDER, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered contemporaneously herewith accepting and adopting the magistrate judge's Report and Recommendation, and with Rule 58 of the Federal Rules of Civil Procedure, it hereby is OREDERED, ADJUDGED, AND DECREED that petitioner's claims in this action brought pursuant to 28 U.S.C. § 2241 are DENIED AND DISMISSED as MOOT.

The Clerk is DIRECTED to mail a copy of this Final Judgment to the petitioner.

Done this 6th day of March 2015.

L. Scott Coogler
United States District Judge

[160704]